IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GHALEB MICHAEL MOUNAYER, | ) | 1:08-CV-1273- WMW HC |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING |
| | ) | PETITION PURSUANT TO |
| vs. | ) | STIPULATION |
| | ) | |
| DHS SECRETARY MICHAEL CHERTOFF, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a prisoner proceeding on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241. On October 7, 2008, the parties filed a stipulation to dismiss this case, based on the fact that Petitioner was released on an order of supervision on September 8, 2008.

Based on the above, IT IS HEREBY ORDERED as follows:

1) The petition for writ of habeas corpus is DISMISSED; and

2)	The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:    October 29, 2008**             **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE